**Motion Granted; Abatement Order filed July 20, 2017.**



In The

# Fourteenth Court of Appeals

————————

NO. 14-16-00993-CR

————————

**DANIEL MARK POLITTE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 400th District Court
Fort Bend County, Texas
Trial Court Cause No. 14-DCR-066326**

## ABATEMENT ORDER

Appellant filed a motion to abate this case for the trial court to enter findings of fact and conclusions of law regarding the trial court's decision to admit the appellant's statement over objection and request to suppress evidence. Although appellant requested findings of fact and conclusions of law, none have been filed. When the losing party on a motion to suppress requests findings of fact and conclusions of law, the trial court is required to make them. *State v. Cullen,* 195 S.W.3d 696, 698–99 (Tex. Crim. App. 2006). Appellant's motion is granted.

Accordingly, the trial court is directed to reduce to writing its findings of fact and conclusions of law on the denial of appellant's motion to suppress and have a supplemental clerk's record containing those findings filed with the clerk of this court within thirty days of the date of this order.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's findings and recommendations are filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party.

PER CURIAM